**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00215-CV**
_____

**BRYCE MATHEW WATKINS, Appellant**

**V.**

**MADISON PEETE WATKINS, Appellee**

_____

**On Appeal from the 253rd District Court**
**Liberty County, Texas**
**Trial Cause No. 23DC-CV-01719**
_____

**MEMORANDUM OPINION**

On June 5, 2025, Bryce Mathew Watkins mailed a notice of appeal from a final decree of divorce signed on May 6, 2025. The District Clerk received the notice of appeal within 10 days of the date it was due to be filed and forwarded the notice of appeal to the appellate court. *See* Tex. R. App. P. 9.2(b). Upon receiving the notice of appeal, the Clerk of the Court issued an invoice for the filing fee for the appeal. By letter dated July 21, 2025, we notified the parties that Appellant had not paid the filing fee as directed in our letter and invoice previously forwarded to Appellant. A

1

Certified Bill of Costs for the filing fee was enclosed and provided to Appellant. We warned Appellant in our letter dated July 21, 2025, that unless the filing fee was paid, the appeal would be dismissed without further notice on any date after Thursday, July 31, 2025. *See id.* 42.3(c).

On August 1, 2025, we received Appellant's request to waive the filing fee. The Clerk of the Court notified Appellant that he must complete and file a Statement of Inability to Afford Payment of Court Costs, and further informed Appellant that if he is seeking a free record he must also comply with Texas Rule of Civil Procedure 145 and file a Statement of Inability to Afford Payment of Court Costs with the District Clerk. On September 15, 2025, the Clerk of the Court notified the parties that the Court had granted a second extension of time to file a Statement of Inability to Afford Payment of Court Costs with the appellate court. We notified the parties that unless we received the Statement by September 30, 2025, we would proceed as if Appellant is not indigent. As of this date, Appellant has failed to pay the filing fee as directed by this Court.

Appellant has neither established indigence nor has he paid the filing fee for the appeal; therefore, we dismiss the appeal for want of prosecution. *Id.* 5, 42.3(c), 43.2(f).

2

APPEAL DISMISSED.

PER CURIAM

Submitted on March 18, 2026
Opinion Delivered March 19, 2026

Before Johnson, Wright and Chambers, JJ.